UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Frixon Eduardo Pineda-Martinez

    v.                Case No. 23-cv-555-SE-AJ

FCI Berlin, Warden

REPORT AND RECOMMENDATION

Petitioner Frixon Eduardo Pineda-Martinez filed a petition (Doc. No. 1) under 28 U.S.C. § 2241, seeking to have the Federal Bureau of Prisons ("BOP") properly calculate and apply his First Step Act time credits to his sentence. The BOP Online Inmate Locator states that the BOP released Mr. Pineda-Martinez on July 18, 2025. That government website is self-authenticating, and the information it conveys is properly the subject of judicial notice. See Fed. R. Evid. 201(b)(2), 902(5); United States v. Rivera, 466 F. Supp. 3d 310, 313 (D. Conn. 2020). In light of Mr. Pineda-Martinez's release, his claims are now moot. See Francis v. Maloney, 798 F.3d 33, 38 (1st Cir. 2015).

Accordingly, the district judge should dismiss the petition (Doc. No. 1) as moot and deny respondent's motion for summary judgment (Doc. No. 10) as moot. The clerk should then enter judgment and close the case. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. The objection period may be extended upon motion. Only those issues raised in the written objection are

subject to review in the district court, and any issues not preserved by such objection(s) are precluded on appeal. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) (citations omitted).

By the Court:

*Andrea K. Johnstone*
Andrea K. Johnstone
United States Magistrate Judge

Date: July 22, 2025

cc: Frixon Eduardo Pineda-Martinez
     Counsel of Record