```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Frixon Eduardo Pineda-Martinez

    v.                                                        Case No. 23-cv-555-SE-AJ

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 22, 2025. For the reasons explained therein, the petition (Doc. No. 1) is dismissed as moot, and the respondent's motion for summary judgment (Doc. No. 10) is denied as moot.

The clerk shall enter judgment and close the case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                               /s/ SD Elliott
                                               Samantha D. Elliott
                                               United States District Judge

Date: August 19, 2025

cc:   Frixon Eduardo Pineda-Martinez, pro se
       Counsel of Record